[No. 46015-7-II.   Division Two.   September 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. HEATHER DAWN ROARK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00883-1, Jeanette Dalton, J., entered March 10, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Maxa and Sutton, JJ.

[No. 46080-7-II.   Division Two.   September 9, 2015.]

BARLOW POINT LAND COMPANY, LLC, ET AL., *Respondents*, v. KEYSTONE PROPERTIES I, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-2-00044-1, Stephen M. Warning, J., entered February 3, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46308-3-II.   Division Two.   September 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN REED BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02673-4, John R. Hickman, J., entered May 16, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.